GASTON & THOMAS v. H. S. PARKER.

(No. 723, Op. Book No. 3, p. 461.)

APPEAL from Dallas County.   Opinion by HURT, J.

§ 106. *Forcible entry and detainer; no appeal in cases of; statute denying appeal is constitutional.* In a case of forcible entry and detainer no appeal can be taken from the judgment of the county court. *Certiorari* is the only remedy. The statute denying the right of appeal in such cases is constitutional. [Acts 1876, p. 154.]

NOTE.— The above decision does not state the law as it now exists. The right of appeal is now given by statute. [R. S. art. 2455.]

§ 107. *Certiorari; writ of, issued without fiat of judge, a nullity.* A writ of *certiorari* issued by the clerk without the fiat of the judge is without authority of law, and void.

February 2, 1881.          Reversed and remanded.